UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>MERIDIAN COMMERCIAL, INC. and THOMAS J. KEARNEY,<br><br>　　　　Defendants.<br>_____/ | No. C 06-6555 WDB<br><br>SUPPLEMENTAL ORDER RE POST-HEARING BRIEFING |

Pursuant to the Court's Order re Supplemental Briefing, filed February 14, 2007, the parties will submit supplemental briefs addressing, among other things, whether California courts would consider the policy language at issue in this action to establish an objective or a subjective standard and/or whether it is unclear what standard California courts would apply.

The parties' briefs must address *American International Specialty Lines Ins., Co., v. Continental Casualty Ins., Co.,* 142 Cal.App. 4th 1342 (2d Dist. 2006) which appears to support a finding that California courts considering policy language such as that presented here would apply an objective standard.

We also note that, with respect to a policy provision <u>different</u> than the one presented here, at least one California court has held that the term "expect" "connotes subjective knowledge of or belief in an event's probability." *Shell Oil Co., v. Winterthur Swiss Ins., Co.,* 12 Cal. App. 4th 715, 743 (1st Dist. 1993). Each party

1  also must discuss whether, in its view, *Shell Oil* has any bearing on the issue before
2  this Court.
3  IT IS SO ORDERED.

Dated:   February 20, 2007         /s/  Wayne D. Brazil
                                    WAYNE D. BRAZIL
                                    United States Magistrate Judge

Copies to:
Parties, WDB
stats