UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>Plaintiff.<br><br>v.<br><br>MERIDIAN COMMERCIAL, INC. and THOMAS J. KEARNEY,<br><br>Defendants.<br>_____/ | No. C 06-6555 WDB<br><br>ORDER VACATING APRIL 4, 2007, HEARING |

The Court VACATES the hearing scheduled for April 4, 2007, in connection with Plaintiff's Motion for Summary Judgment.

Defendants' Motion to Dismiss is pending and will be deemed submitted on March 15, 2007.

In the event the Court denies defendants' motion to dismiss the court will promptly schedule a hearing for plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:   March 9, 2007          /s/  Wayne D. Brazil
                                WAYNE D. BRAZIL
                                United States Magistrate Judge

Copies to:
Parties, WDB stats